# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY S., <br> Plaintiff, <br> v. <br> ANDREW SAUL, Commissioner of Social Security,[1] <br> Defendant. | Case No. EDCV 18-1713-KK <br><br> JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: August 07, 2019

HONORABLE KENLY KIYA KATO
United States Magistrate Judge

---

[1] The Court substitutes Andrew Saul, Commissioner of Social Security as Defendant in this action. Fed. R. Civ. P. 25(d).